UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDREA FERNANDA CANTU, *et al.*, <br> Plaintiffs, | § § § | |
| v. | § | Civil Action No. 1:18-cv-00030 |
| NORMA A. LIMON, Director, USCIS <br> Harlingen Field Office, *et al.*, <br> Defendants. | § § § § | |

## ORDER

The Court is in receipt of the parties' "Stipulation of Dismissal" (Docket No. 8) in the above-captioned case. The parties have informed the Court that matter has been resolved and the parties have agreed to dismiss this case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in the above-captioned law suit are **DISMISSED**. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on this 25th day of May, 2018.

Rolando Olvera
United States District Judge

s/ Jaime Diez
JAIME DIEZ
P.O. Box 3070
Brownsville, TX 78523
Texas Bar No. 00783966
Fed. Id. 23118
(956) 544-3565
Email:jaimemdiez@aol.com

s/ Nancy Masso
NANCY L. MASSO
Assistant United States Attorney
SDTX Bar No. 10263
Texas Bar No. 00800490
600 E. Harrison, Suite 201
Brownsville, Texas 78520
Email: Nancy.Masso@usdoj.gov

1